1  JOSEPH R. MANNING, JR. State Bar No. 223381
   LAW OFFICES OF JOSEPH R. MANNING, JR., APC
2  2010 Main St., Suite 1080
   Irvine, CA 92614
3  (949) 361-3232 Telephone
   (866) 843-8308 Facsimile

**JS-6**

Attorneys for Plaintiff, WINONA KAY GRIFFIN

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **WINONA KAY GRIFFIN,** | ) CASE NO. SACV11-148AG (PLAx) |
| **Plaintiff,** | ) **ORDER RE: JOINT** |
| v. | ) **STIPULATION OF DISMISSAL** |
|  | ) **WITH PREJUDICE** |
| **WACHOVIA MORTGAGE and NDEX WEST, LLC, and Does 1 to 100,** | ) |
| **Defendants.** | ) |

**ORDER RE: JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

1

Pursuant to stipulation, IT IS SO ORDERED THAT:

The above-entitled action is dismissed with prejudice and without costs. Each party will bear its own costs, expenses, and attorneys' fees.

Dated: September 13, 2011   By: _____
The Honorable Andrew J. Guilford
United States District Judge

---

**ORDER RE: JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

2